MARK MORGAN, Respondent, v GREGORY SULLIVAN, Doing Business as PENNY ARCADE PIZZA PARLOR, Appellant.—

Present—Callahan, J. P., Boomer, Pine, Balio and Davis, JJ.